UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD WHITE, JR.,<br><br>      Plaintiff,<br><br>  v.<br><br>BRIAN EWERT,<br><br>      Defendant. | NO: 4:16-cv-05122-MKD<br><br>REPORT AND RECOMMENDATION TO DISMISS COMPLAINT |

  By Order filed October 28, 2016, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days. ECF No. 7. On December 28, 2016, the Court granted Plaintiff an additional thirty days in which to amend or voluntarily dismiss. ECF No. 9. Plaintiff has not complied with the Court's directive and has filed nothing further in this action.

  In his complaint, Plaintiff alleged a single incident in which he was instructed to wait ten minutes to use the toilet, and then during an apparent

REPORT AND RECOMMENDATION TO DISMISS COMPLAINT -- 1

emergency security situation he was denied use of the restroom for an unspecified period of time. Plaintiff alleged no resulting harm.

Plaintiff also alleged that he missed meals if he was on the toilet when his cell was opened and closed for dinner. He did not state when this occurred, how frequently this occurred, who denied him food, or the consequences of this alleged deprivation. *See, e.g., Jaros v. Illinois Dept. of Correction,* 684 F.3d 667, 670-71 (7th Cir. 2012) (occasional missed meal that did not endanger the inmate did not state a claim); *see also Hutto v. Finney*, 437 U.S. 678, 683, 686-87 (1978) (diet consisting of fewer than 1,000 calories each day could violate Eighth Amendment if maintained for substantial time period).

Furthermore, Plaintiff's allegation of a single incident when Defendant Ewert opened Plaintiff's incoming legal mail in Plaintiff's presence and then "looked at [him] with an intimidating stare" was insufficient to state a constitutional violation. *Wolff v. McDonnell,* 418 U.S. 539, 577 (1974).

## RECOMMENDED DISMISSAL

Although granted the opportunity to do so, four months have passed and Plaintiff has not filed an amended complaint stating a legally sufficient claim. Therefore, for the reasons set forth above and in the Order to Amend or Voluntarily Dismiss, ECF No. 7, **IT IS RECOMMENDED** that the Complaint, ECF No. 6, be **DISMISSED with prejudice** for failure to state a claim upon

which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), and that such dismissal count as a "strike" under 28 U.S.C. § 1915(g).

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof.  Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor.  Any response to the objection shall be filed within fourteen (14) days after receipt of the objection.  Attention is directed to Fed. R. Civ. P. 6(e), which adds additional time after certain kinds of service.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination.  The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon.  The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72; LMR 4, Local Rules for the Eastern District of Washington.

REPORT AND RECOMMENDATION TO DISMISS COMPLAINT -- 3

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

**IT IS SO RECOMMENDED.** The Clerk of Court is directed to enter this Report and Recommendation, forward a copy to Plaintiff at his last known address

DATED March 1, 2017.

s/ *Mary K. Dimke*
Mary K. Dimke
United States Magistrate Judge
