FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD WHITE, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN EWERT, JR., <br><br> Defendant. | No.  4:16-CV-05122-SMJ <br><br> **ORDER REQUESTING RECOMMENDATION FOR APPOINTMENT OF *PRO BONO* COUNSEL** |

Because Plaintiff Donald White, Jr. is proceeding *in forma pauperis*, his complaint survived screening under 28 U.S.C. § 1915(e)(2), and one of his claims survived Defendant Brian Ewert, Jr.'s summary judgment motion, the Court finds this matter is appropriate for appointment of *pro bono* counsel under General Order 16-114-1. Accordingly, the Court requests the Federal Bar Association for the Eastern District of Washington (1) select from its *Pro Bono* Panel of Attorneys **at least two attorneys** it recommends the Court consider appointing to represent Plaintiff in this case, and (2) communicate the names of those attorneys to the Court **no later than November 12, 2018**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff and Defendant's counsel. The Clerk's Office is

ORDER REQUESTING RECOMMENDATION FOR APPOINTMENT OF *PRO BONO* COUNSEL **-** 1

further directed to contact the President of the Federal Bar Association for the Eastern District of Washington, alert the President of the Court's request, and provide the President a copy of this Order.

**DATED** this 11th day of October 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge