JOHN C. DITTMAN, WSBA #32094
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DONALD WHITE, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN EWERT, <br><br> Defendant. | NO. 4:16-cv-05122-SMJ <br><br> NOTICE OF AGREEMENT TO SETTLE |

The Defendant, BRIAN EWERT, by and through his attorneys of record, ROBERT W. FERGUSON, Attorney General, and JOHN C. DITTMAN, Assistant Attorney General submits the following notice of agreement to settle this matter.

**I.     REPORT OF PARTIES' MEETINGS**

Plaintiff and counsel for Defendant met telephonically with Magistrate Judge John T. Rodgers on December 5, 2018, to discuss scheduling the mediation

NOTICE OF AGREEMENT TO SETTLE
NO. 4:16-cv-05122-SMJ

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

as ordered by this court. Donald White, Jr., Plaintiff, *pro se*, and John C. Dittman, Assistant Attorney General were on the call with Magistrate Judge Rodgers.

During the call, the parties discussed settlement. The parties agreed to settle the case with formal paperwork to follow.

Trial on January 7, 2019 appears unnecessary.

RESPECTFULLY SUBMITTED this 5th day of December, 2018.

ROBERT W. FERGUSON
Attorney General

s/ John C. Dittman
JOHN C. DITTMAN, WSBA #32094
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
JohnD2@atg.wa.gov

NOTICE OF AGREEMENT TO SETTLE
NO. 4:16-cv-05122-SMJ

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Agreement to Settle to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DONALD WHITE, JR. DOC #308364
STAFFORD CREEK CORRECTIONS CENTER
191 CONSTANTINE WAY
ABERDEEN WA 98520
docscccinmatefederal@doc1.wa.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 5th day of December, 2018, at Spokane, Washington.

s/ Patty Willoughby
PATTY WILLOUGHBY
Legal Assistant III
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
PattyW@atg.wa.gov

NOTICE OF AGREEMENT TO SETTLE
NO. 4:16-cv-05122-SMJ

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123